IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DENNIS PALKON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HSN, INC. ARTHUR C. MARTINEZ, COURTNEE ALICE CHUN, WILLIAM COSTELLO, FIONA DIAS, JAMES M. FOLLO, STEPHANIE KUGELMAN, THOMAS J. MCINERNEY, MATTHEW E. RUBEL, ANN SARNOFF, LIBERTY INTERACTIVE CORPORATION, and LIBERTY HORIZON, INC.,<br><br>Defendants. | Case No. 8:17-cv-02271-SDM-TGW |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41, Plaintiff hereby voluntarily dismisses the above-captioned matter without prejudice.

Dated:  December 5, 2017

**CULLIN O'BRIEN LAW, P.A.**

By: *s/Cullin A. O'Brien*
Cullin A. O'Brien (FBN #597341)
6541 N.E. 21st Way
Ft. Lauderdale, FL 33308
Tel.: (561) 676-6370
Fax: (561) 320-0285
cullin@cullinobrienlaw.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

## CERTIFICATE OF SERVICE

Undersigned counsel filed the attached on the ECF system and served the attached on counsel for the parties via email.

**CULLIN O'BRIEN LAW, P.A.**

*s/Cullin A. O'Brien*
Cullin A. O'Brien (FBN #597341)
6541 N.E. 21st Way
Ft. Lauderdale, FL 33308
Tel.: (561) 676-6370
Fax: (561) 320-0285
cullin@cullinobrienlaw.com

*Attorneys for Plaintiff*