UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS PALKON,

    Plaintiff,

v.                                  CASE NO. 8:17-cv-2271-T-23TGW

HSN, INC., et al.,

    Defendants.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 12) of dismissal, this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on December 7, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE